IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**ERIC CHRISTOPHER FALKOWSKI,**

 **Plaintiff,**

v.             **CIVIL ACTION NO.: 1:22-CV-58**
              (JUDGE KLEEH)

**BUREAU OF THE**
**FISCAL SERVICE,**

 **Defendant.**

### REPORT AND RECOMMENDATION, RECOMMENDING THAT CASE BE DISMISSED WITHOUT PREJUDICE AND THAT MOTION TO PROCEED *IN FORMA PAUPERIS* BE DENIED

 On July 28, 2022, Plaintiff, proceeding *pro se*, filed a Complaint herein [ECF No. 1] along with a motion [ECF No. 2] to proceed *in forma pauperis*. On that same date, the presiding District Judge, Hon. Thomas S. Kleeh, entered a Referral Order [ECF No. 5], referring the matter to the undersigned Magistrate Judge to issue written orders or reports and recommendations as appropriate.

 Plaintiff did not file a Prisoner Trust Account Report ("PTAR") or a Consent to Collect form concurrently with the Complaint. Thus, the Court is unable to rule on Plaintiff's request to proceed *in forma pauperis*. On July 29, 2022, the Court entered an Order to Correct Deficiencies [ECF No. 6] informing Plaintiff that he must submit the PTAR signed by the appropriate employee of Federal Correctional Institution, Gilmer, within 14 days of the date of entry of the Order.

 As reflected on the docket, service of the Order to Correct Deficiencies [ECF No. 6] as mailed to Plaintiff at Federal Correctional Institution, Gilmer was effected on August 3, 2022. [ECF No. 11].

Thus, to date, as reflected on the docket, it has been thirty-four days since service of the Order to Correct Deficiencies was effected. Plaintiff has failed to comply with the requirement that he provide the PTAR.  Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The undersigned further **RECOMMENDS** that the Motion to Proceed *in forma pauperis* [**ECF No. 2**] be **DENIED AS MOOT**.

Any party may within **fourteen (14) days** after being served with a copy of this Report and Recommendation file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.**  A copy of such objections should also be submitted to the Honorable Thomas S. Kleeh United States District Judge.

**Failure to timely file objections to the Report and Recommendation set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation.** 28 U.S.C. § 636(b)(1); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); Thomas v. Arn, 474 U.S. 140 (1985).

The Clerk of the Court is directed to provide a copy of this Order to parties who appear *pro se* and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Respectfully submitted September 6, 2022

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE